**The UNITED STATES of America, v. Chester Oren BARE.**
No. 6094.

Circuit Court of Appeals, Seventh Circuit.
Nov. 19, 1936.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, it is now here ordered and adjudged that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed. It is further ordered that the mandate of this court in this cause issue forthwith.